UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JOHN L. BLACK, | § § § | |
| PLAINTIFF, | § § | |
| V. | § § | Civil Action No. 4:14-cv-01036 |
| JAMES P. REDMOND, LONESTAR OUTDOOR ADVERTISING, INC., AND HOUSTON SIGN AND SERVICE | § § § § § | |
| DEFENDANTS. | § | |

## **ORDER**

On this day, having considered Defendants' Unopposed Motion to Withdraw as Counsel & For Sixty-Day Continuance (the "Motion"), this Court is of the opinion that the Motion should be granted. The Motion is hereby granted, previous counsel for Defendants, Terrell Miller, is given leave to withdraw and is hereby considered withdrawn as counsel for all purposes.

The Court's order that the parties mediate by May 8, 2015 [Dkt. 22] is hereby amended, and the parties shall mediate no later than July 8, 2015. Other pretrial deadlines and the current trial setting will also be continued for sixty days. The parties will submit and amended Rule 16 scheduling order reflecting this order.

Signed at Houston, Texas on **MAY 0 1 2015**, 2015

_____
Alfred H. Bennett
United States District Judge

Gardere01 - 6585099v.1